[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 5, 2010
JOHN LEY
CLERK

No. 09-12997
Non-Argument Calendar

_____

D. C. Docket No. 08-00117-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CURTIS D. DALE,
a.k.a. Curtis Donnell Dale,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(August 5, 2010)

Before CARNES, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, Jr., appointed counsel for Curtis D. Dale in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dale's conviction and sentence are **AFFIRMED**.